# EXHIBIT A

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME   Alvarez                Josue                Ricardo

            Last Name               First               Middle

MAILING ADDRESS  1133 Camino Cantera

                      Chula Vista           CA          91913

                         City               State          Zip Code

SIGNATURE      DocuSigned by:

                  7F610EDC19B7472...

**REQUEST TO BECOME PARTY PLAINTIFF**

Print clearly, or type the following information:

NAME    Alvarez                     Rodolfo                        NMN
          Last Name                 First                          Middle

MAILING ADDRESS  6700 SW 164 AVE

          Miami                     Fl                    33193
          City                      State                 Zip Code

SIGNATURE

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME   Arashiro         Michael         T
               Last Name              First              Middle

MAILING ADDRESS  3076 Vesuvia Way

                San Diego       CA       92139
                  City            State        Zip Code

SIGNATURE    DocuSigned by:
             D54CE30882084A9

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Chaney                      Timothy                      Lee
_____
        Last Name                  First                        Middle

MAILING ADDRESS   287 Cinnamon Lane
_____

        Moyie Springs              Idaho              83845
_____
        City                       State              Zip Code

SIGNATURE   _____

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Cruz              Robert              Joseph
              Last Name              First              Middle

MAILING ADDRESS   600 Sheffield Ct. Unit 18

            Chula Vista             California           91910
              City              State             Zip Code

SIGNATURE   *Robert Cruz*
       DocuSigned by:
       A4C7882318A1434...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME  Dandoy                     Brent                       Edward
          Last Name                  First                       Middle

MAILING ADDRESS  325 Havard Lane

            Seal Beach               CA               90740
             City                      State              Zip Code

SIGNATURE

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Del Valle               Michael                        A

                Last Name               First                     Middle

MAILING ADDRESS   4819 Ganimede Ln

                Orlando              FL             32821

                City                 State             Zip Code

SIGNATURE    DocuSigned by:

                67E4D51A4E19437...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    DuCray                    Anthony                    Jay
          Last Name                First                    Middle

MAILING ADDRESS  9439 stoyer drive

          Santee                Ca                92071
            City                State            Zip Code

SIGNATURE    _DocuSigned by:_
           E8A818E6F2714F9...

**REQUEST TO BECOME PARTY PLAINTIFF**

Print clearly, or type the following information:

NAME    Esquer Jr                David                Gilbert
_____
            Last Name                First                Middle

MAILING ADDRESS   1056 Buena Vista Way
_____

            Chula Vista          CA          91910
_____
            City              State          Zip Code

SIGNATURE   David G. Esquer Jr
_____
                DocuSigned by:
                BA7082CBDC294AD...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Garnes                          Bryant                          Michael
      Last Name        First         Middle

MAILING ADDRESS  20562 nw 7th cort

        Miami Gardens      FL       33169
          City        State       Zip Code

SIGNATURE
      DocuSigned by:
      2B64FB0ABF19404...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Gervais             Eden                N/A

            Last Name                First                 Middle

MAILING ADDRESS   232 Florida st

                  Saint  simons           GA           31522

                      City               State            Zip Code

SIGNATURE     DocuSigned by:

             5B1E599DDCDF423...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Hamilton            Ryan            Allan
            Last Name            First            Middle

MAILING ADDRESS   1015 Washington dr

           Chesapeake            VA            23322
           City            State            Zip Code

SIGNATURE     DocuSigned by:

           E3648B7B38AB4C0...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Lizaola                         Rodolfo                              Pena
          Last Name                    First                               Middle

MAILING ADDRESS  2679 Elm cir

             El Centro                        Ca                    92243
               City                            State                   Zip Code

SIGNATURE    DocuSigned by:
            86C9C06C4C91484...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Lopez            Eduardo            N/A
               Last Name            First            Middle

MAILING ADDRESS   2138 Shale LN NW

               Atlanta            GA            30318
                 City            State            Zip Code

SIGNATURE      DocuSigned by:

                 7OCEA00E6FF8478...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    McElroy                    Chad                            James
_____
        Last Name                 First                           Middle

MAILING ADDRESS  2393 fairway oaks drive
_____

                  Chula Vista          California        91915
        _____
                    City               State             Zip Code

SIGNATURE

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME  <u>OGeen      Antonio      Joseppi</u>
     Last Name       First       Middle

MAILING ADDRESS  <u>211 Creekside CT SE</u>

      <u>Marietta     GA     30067</u>
       City      State     Zip Code

SIGNATURE

DocuSigned by:

1627F550ECB646F...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Ortiz           Jose           Rosendo
          Last Name           First           Middle

MAILING ADDRESS   1859 Lotus Avenue

          El Centro           CA           92243
          City           State           Zip Code

SIGNATURE           DocuSigned by:
                  155D597D50E4478...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME  Reddick                      Michael                      Laverne
            Last Name                      First                      Middle

MAILING ADDRESS  60 perimeter center apt 335

                     Atlanta                      GA                      30346
                        City                      State                      Zip Code

SIGNATURE

DocuSigned by:

D242F7D85B7144C...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Scott                          Andrew                          Edward
                Last Name                    First                          Middle

MAILING ADDRESS  20858 Sugarloaf Lane

                        Boca Raton                FL                    33428
                          City                    State                  Zip Code

SIGNATURE  *Andrew E Scott*
           DocuSigned by:
           1AA43B849B05496...

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME  Thompson                    Craig                              A
           Last Name                  First                              Middle

MAILING ADDRESS  1529 Chalcedony St

           San Diego              CA              92109
              City                State            Zip Code

SIGNATURE

## REQUEST TO BECOME PARTY PLAINTIFF

<u>Print</u> clearly, or type the following information:

NAME    Vega             Lester             Vladimir

            Last Name             First             Middle

MAILING ADDRESS    6200 Hawkes Bluff Ave

            Davie             FL             33331

            City             State             Zip Code

SIGNATURE    DocuSigned by:

            07ED6372E6E3401...

**REQUEST TO BECOME PARTY PLAINTIFF**

Print clearly, or type the following information:

NAME    Villa                              Miguel                              Angel
        Last Name                          First                              Middle

MAILING ADDRESS   4025 Troon Way

                Bonita                     CA                    91902
                City                       State                 Zip Code

SIGNATURE _____

**REQUEST TO BECOME PARTY PLAINTIFF**

<u>Print</u> clearly, or type the following information:

NAME    Williams                    Kyle                        Lawrence
              Last Name                    First                        Middle

MAILING ADDRESS   1409 Manorwood Dr.

              West Chester              PA            19382
                 City                  State          Zip Code

SIGNATURE
DocuSigned by:
E3C0E1BCC3D9476...